TERMINATED

# U.S. District Court
## District of Oregon (Portland)
### CIVIL DOCKET FOR CASE #: 3:09-cv-00954-HU
### Internal Use Only

Seely v. Doe et al
Assigned to: Magistrate Judge Dennis J. Hubel
Case in other court: Washington Eastern, 2:09-cv-00062
Cause: 28:1452 R&R re motions to remand (non-core)

Date Filed: 08/14/2009
Date Terminated: 09/03/2009
Jury Demand: Defendant
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Doug Seely**    represented by    **William A. Gilbert**
Dano, Gilbert & Ahrend PLLC
P.O. Box 2149
Moses Lake , WA 98837
(509) 764-8426
Fax: (509) 766-7764
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Doe**
*A Jesuit Priest*

**Defendant**

**Society of Jesus Oregon Province**    represented by    **Renea I. Saade**
*an Oregon non-profit corporation*
Schwabe Williamson & Wyatt, PC
(Seattle)
US Bank Centre
1420 Fifth Avenue
Suite 3010
Seattle , WA 98101-2393
(206) 622-1711
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas V. Dulcich**
Schwabe Williamson & Wyatt, PC
1600-1900 Pacwest Center
1211 SW Fifth Avenue
Portland , OR 97204

|  |  |  |
|---|---|---|
|  |  | (503) 796-2970<br>Fax: (503) 796-2900<br>Email: tdulcich@schwabe.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Society of Jesus Home Provinces of John Doe**<br>*Maryland Province* | represented by | **Raymond F. Clary**<br>Etter McMahon Lamberson Clary & Oreskovich PC<br>Bank of Whitman Bldg., Suite 210<br>618 West Riverside<br>Spokane , WA 99201<br>509-747-9100<br>Fax: 509-623-1439<br>Email: rayc@ettermcmahon.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**William F Etter**<br>Etter McMahon & Lamberson PC<br>421 W Riverside Ave, Suite 1600<br>Spokane , WA 99201-0401<br>509-747-9100<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Gonzaga University**<br>*a Washington non-profit corporation* | represented by | **James Bernard King**<br>Evans, Craven & Lackie, PS<br>818 W Riverside<br>Suite 250<br>Spokane , WA 99201<br>509-455-5200<br>Fax: 509-455-3632<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher Joseph Kerley**<br>Evans, Craven & Lackie, P.S.<br>818 W. Riverside Ave., Ste. 250<br>Suite 250<br>Spokane , WA 99201<br>509-455-5200<br>Fax: 509-455-3632<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Society of Jesus Wisconsin Province** | represented by | **William D. Hyslop** |

                                        Lukins & Annis, P.S.
717 West Sprague Avenue, Suite 1600
Spokane, WA 99201-0466
(509) 455-9555
Fax: (509) 747-2323
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura J. Waldman**
Lukins & Annis, PS
717 West Sprague Avenue
Suite 1600
Spokane, WA 99201
509-455-9555
Fax: 509-363-2508
*ATTORNEY TO BE NOTICED*

**Defendant**

**Society of Jesus Chicago Province**   represented by   **Gerald Kobluk**
Paine Hamblen LLP
717 W Sprague Avenue
Suite 1200
Spokane, WA 99201
509-455-6000
Fax: 509-838-0007
Email: gerald.kobluk@painehamblen.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory J Arpin**
Paine Hamblen LLP
717 W Sprague Avenue
Suite 1200
Spokane, WA 99201-3503
509-455-6000
Fax: 15098380007
*LEAD ATTORNEY*

**Thomas W. Brown**
Cosgrave Vergeer Kester, LLP
805 SW Broadway
8th Floor
Portland, OR 97205
(503) 323-9000
Fax: (503) 323-9019
Email: tbrown@cvk-law.com

**Defendant**

| | | |
|---|---|---|
| **Catholic Society of Religious and Literary Education**<br>*also known as*<br>New Orleans Province of the Society of Jesus | represented by | **Gerald Kobluk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory J Arpin**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Thomas W. Brown**<br>(See above for address) |

**Defendant**

| | | |
|---|---|---|
| **The California Province of the Society of Jesus** | represented by | **Gerald Kobluk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory J Arpin**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Thomas W. Brown**<br>(See above for address) |

**Defendant**

| | | |
|---|---|---|
| **The New York Province of the Society of Jesus** | represented by | **Gerald Kobluk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory J Arpin**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Thomas W. Brown**<br>(See above for address) |

**Defendant**

| | | |
|---|---|---|
| **The Jesuits of the Missouri Province** | represented by | **Gerald Kobluk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory J Arpin**<br>(See above for address) |

        *LEAD ATTORNEY*

        **Thomas W. Brown**
(See above for address)

**Defendant**

| | | |
|---|---|---|
| **The Society of Jesus of New England** | represented by | **Gerald Kobluk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Gregory J Arpin**<br>(See above for address)<br>*LEAD ATTORNEY* |
| | | **Thomas W. Brown**<br>(See above for address) |

**Defendant**

| | | |
|---|---|---|
| **Detroit Province of the Society of Jesus** | represented by | **Gerald Kobluk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Gregory J Arpin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Thomas W. Brown**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Society of Jesus Maryland Home Province** | represented by | **Raymond F. Clary**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

\* Check the entries you want to include in this abridged docket report.

| * | Date Filed | # | Docket Text |
|---|---|---|---|
| ☐ | 03/04/2009 | 1 | NOTICE OF REMOVAL by Society of Jesus Oregon Province from Spokane County Superior Court, case number 08-2-05660-5. (Filing fee $350; Receipt #SPO008461) (Attachments: # 1 Civil Cover Sheet)(RF, Case Administrator) [Transferred from Washington Eastern on |

| | | | |
|---|---|---|---|
| | | | 8/18/2009.] (Entered: 03/05/2009) |
| ☐ | 03/06/2009 | 2 | NOTICE by Society of Jesus Oregon Province *Of Filing Of Motion To Transfer Case to District of Oregon Pursuant to 28 U.S.C. 157(b)(5)* (Saade, Renea) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/06/2009) |
| ☐ | 03/12/2009 | 3 | NOTICE of Appearance by Gerald Kobluk on behalf of Catholic Society of Religious and Literary Education (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/12/2009) |
| ☐ | 03/12/2009 | 4 | NOTICE of Appearance by Gerald Kobluk on behalf of The California Province of the Society of Jesus (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/12/2009) |
| ☐ | 03/12/2009 | 5 | NOTICE of Appearance by Gerald Kobluk on behalf of The New York Province of the Society of Jesus (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/12/2009) |
| ☐ | 03/12/2009 | 6 | NOTICE of Appearance by Gerald Kobluk on behalf of The Jesuits of the Missouri Province (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/12/2009) |
| ☐ | 03/12/2009 | 7 | NOTICE of Appearance by Gerald Kobluk on behalf of The Society of Jesus of New England (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/12/2009) |
| ☐ | 03/12/2009 | 8 | NOTICE of Appearance by Gerald Kobluk on behalf of Detroit Province of the Society of Jesus (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/12/2009) |
| ☐ | 03/12/2009 | 9 | NOTICE of Appearance by Gregory J Arpin on behalf of Society of Jesus Chicago Province, Catholic Society of Religious and Literary Education, The California Province of the Society of Jesus, The New York Province of the Society of Jesus, The Jesuits of the Missouri Province, The Society of Jesus of New England, Detroit Province of the Society of Jesus (Arpin, Gregory) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/12/2009) |
| ☐ | 03/13/2009 | 10 | ANSWER to Complaint with jury demand. by Gonzaga University. (King, James) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/13/2009) |
| ☐ | 03/13/2009 | 11 | NOTICE of Appearance by Christopher Joseph Kerley on behalf of Gonzaga University (Kerley, Christopher) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/13/2009) |
| ☐ | 03/13/2009 | 12 | MOTION to Sever, MOTION to Remand *Claims Against Gonzaga University to Spokane County Superior Court* by Gonzaga University. (Kerley, Christopher) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/13/2009) |
| | 03/13/2009 | 13 | MEMORANDUM of Points and Authorities in Support re 12 MOTION |

| | | | |
|---|---|---|---|
| ☐ | | | to Sever MOTION to Remand *Claims Against Gonzaga University to Spokane County Superior Court* filed by Gonzaga University. (Kerley, Christopher) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/13/2009) |
| ☐ | 03/13/2009 | 14 | NOTICE of Hearing on Motion re 12 MOTION to Sever MOTION to Remand *Claims Against Gonzaga University to Spokane County Superior Court* : Motion Hearing set for 4/13/2009 06:30 PM in Without Oral Argument before Senior Judge Justin L. Quackenbush. (Kerley, Christopher) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/13/2009) |
| ☐ | 03/13/2009 | 15 | MOTION to Expedite *Heaing on Motion to Sever and Remand Claims Against Gonzaga University to Spokane County Superior Court* by Gonzaga University. (Kerley, Christopher) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/13/2009) |
| ☐ | 03/13/2009 | 16 | AFFIDAVIT by Christopher J. Kerley in Support re 15 MOTION to Expedite *Heaing on Motion to Sever and Remand Claims Against Gonzaga University to Spokane County Superior Court* filed by Gonzaga University. (Kerley, Christopher) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/13/2009) |
| ☐ | 03/13/2009 | 17 | NOTICE of Hearing on Motion re 15 MOTION to Expedite *Heaing on Motion to Sever and Remand Claims Against Gonzaga University to Spokane County Superior Court* : Motion Hearing set for 3/20/2009 06:30 PM in Without Oral Argument before Senior Judge Justin L. Quackenbush. (Kerley, Christopher) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/13/2009) |
| ☐ | 03/13/2009 | 27 | State Court Documents received Re 1 Notice of Removal. (LE, Case Administrator) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/16/2009 | 18 | CERTIFICATION */Verification of State Court Record* by Society of Jesus Oregon Province. (Saade, Renea) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/16/2009) |
| ☐ | 03/16/2009 | 19 | ORDER REASSIGNING CASE. Case reassigned to Judge Senior Judge Fred Van Sickle for all further proceedings. Judge Senior Judge Justin L. Quackenbush no longer assigned to case. Signed by Chief Judge Robert H. Whaley. (LE, Case Administrator) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/16/2009) |
| ☐ | 03/16/2009 | 20 | ANSWER to Complaint with jury demand. by Society of Jesus Wisconsin Province.(Hyslop, William) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/16/2009) |
| ☐ | 03/16/2009 | 21 | MOTION to Expedite */Shorten Time* by Society of Jesus Wisconsin Province. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hyslop, William) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/16/2009) |
| | | | |

| | 03/16/2009 | 22 | AFFIDAVIT by William D. Hyslop in Support re 21 MOTION to Expedite /Shorten Time filed by Society of Jesus Wisconsin Province. (Hyslop, William) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/16/2009) |
|---|---|---|---|
| | 03/16/2009 | 23 | NOTICE of Hearing on Motion re 21 MOTION to Expedite /Shorten Time : Motion Hearing set for 3/20/2009 06:30 PM in Spokane before Senior Judge Justin L. Quackenbush. (Hyslop, William) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/16/2009) |
| | 03/16/2009 | 24 | MOTION to Sever by Society of Jesus Wisconsin Province. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hyslop, William) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/16/2009) |
| | 03/16/2009 | 25 | MEMORANDUM in Support re 24 MOTION to Sever filed by Society of Jesus Wisconsin Province. (Hyslop, William) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/16/2009) |
| | 03/16/2009 | 26 | NOTICE of Hearing on Motion Oral Argument Requested re 24 MOTION to Sever : Motion Hearing set for 4/16/2009 06:30 PM in Spokane before Senior Judge Justin L. Quackenbush. (Hyslop, William) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/16/2009) |
| | 03/17/2009 | | Set/Reset Motion Hearing as to 12 MOTION to Sever MOTION to Remand *Claims Against Gonzaga University to Spokane County Superior Court* Hearing set for 4/13/2009 06:30 PM in Without Oral Argument before Senior Judge Fred Van Sickle; 21 MOTION to Expedite */Shorten Time* Motion Hearing set for 3/20/2009 06:30 PM in Without Oral Argument before Senior Judge Fred Van Sickle; 15 MOTION to Expedite *Heaing on Motion to Sever and Remand Claims Against Gonzaga University to Spokane County Superior Court* Motion Hearing set for 3/20/2009 06:30 PM in Without Oral Argument before Senior Judge Fred Van Sickle; 24 MOTION to Sever Hearing set for 4/16/2009 06:30 PM in Without Oral Argument before Senior Judge Fred Van Sickle. **These hearings re-docketed in order to have the motions heard before Judge Fred Van Sickle instead of Senior Judge Quackenbush. (LE, Case Administrator) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009)** |
| | 03/17/2009 | 28 | NOTICE of Appearance by Laura J. Waldman on behalf of Society of Jesus Wisconsin Province (Waldman, Laura) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| | 03/17/2009 | 29 | AMENDED ORDER REASSIGNING CASE re 19 Order Reassigning Case. Case is assigned to Senior Judge Van Sickle for all further proceedings. Signed by Chief Judge Robert H. Whaley. (RF, Case Administrator) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| | 03/17/2009 | 30 | JOINDER re 24 MOTION to Sever, 21 MOTION to Expedite /Shorten Time *of Defendant Wisconsin Province of the Society of Jesus* by |

| | | | |
|---|---|---|---|
| ☐ | | | Society of Jesus Chicago Province, Catholic Society of Religious and Literary Education, The California Province of the Society of Jesus, The New York Province of the Society of Jesus, The Jesuits of the Missouri Province, The Society of Jesus of New England, Detroit Province of the Society of Jesus. (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 31 | DECLARATION of Gerald Kobluk re 30 Joinder, by Society of Jesus Chicago Province, Catholic Society of Religious and Literary Education, The California Province of the Society of Jesus, The New York Province of the Society of Jesus, The Jesuits of the Missouri Province, The Society of Jesus of New England, Detroit Province of the Society of Jesus. (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 32 | MOTION to Dismiss *the Unnamed Remote Jesuit Provinces* by Society of Jesus Chicago Province, Catholic Society of Religious and Literary Education, The California Province of the Society of Jesus, The New York Province of the Society of Jesus, The Jesuits of the Missouri Province, The Society of Jesus of New England, Detroit Province of the Society of Jesus. (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 33 | MEMORANDUM in Support re 32 MOTION to Dismiss *the Unnamed Remote Jesuit Provinces* filed by Society of Jesus Chicago Province, Catholic Society of Religious and Literary Education, The California Province of the Society of Jesus, The New York Province of the Society of Jesus, The Jesuits of the Missouri Province, The Society of Jesus of New England, Detroit Province of the Society of Jesus. (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 34 | SUPPLEMENT re 32 MOTION to Dismiss *the Unnamed Remote Jesuit Provinces Applicable to The New Orleans Province and the Chicago Province* by Society of Jesus Chicago Province, Catholic Society of Religious and Literary Education. (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 35 | DECLARATION by Rev. Raymond Fitzgerald, S.J. in Support re 32 MOTION to Dismiss *the Unnamed Remote Jesuit Provinces Applicable to New Orleans Province* filed by Catholic Society of Religious and Literary Education. (Kobluk, Gerald) Modified on 3/18/2009 -- **PDF incorrect, attorney to file praecipe.** (LE, Case Administrator). Modified on 3/19/2009 -- **Praecipe filed at 47** . (LE, Case Administrator). [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 36 | DECLARATION by Rev. Richard L. Millbourn, S.J. in Support re 32 MOTION to Dismiss *the Unnamed Remote Jesuit Provinces Applicable to the Chicago Province* filed by Society of Jesus Chicago Province. (Kobluk, Gerald) Modified on 3/18/2009 -- **PDF incorrect, attorney to file praecipe.** (LE, Case Administrator). Modified on 3/19/2009 -- |

| | | | |
|---|---|---|---|
| | | | **Praecipe filed at 48**. (LE, Case Administrator). [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 37 | NOTICE of Hearing on Motion Oral Argument Requested re 32 MOTION to Dismiss *the Unnamed Remote Jesuit Provinces* : Motion Hearing set for 5/12/2009 03:00 PM in Spokane before Senior Judge Fred Van Sickle. (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 38 | NOTICE of Appearance by Raymond Francis Clary on behalf of Society of Jesus Maryland Home Province (Clary, Raymond) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 39 | ANSWER to Complaint with jury demand. by Society of Jesus Maryland Home Province.(Clary, Raymond) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 40 | MOTION to Expedite *Notice of Hearing* by Society of Jesus Maryland Home Province. (Clary, Raymond) Modified on 3/19/2009 -- **This is not a Motion but a Notice of Hearing; attorney advised to refile using appropriate event & Clerk's office will remove this motion from the Motion report.** (LE, Case Administrator). Modified on 3/19/2009 -- **Notice of Hearing filed at 52**. (LE, Case Administrator). [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 41 | MOTION to Expedite by Society of Jesus Maryland Home Province. (Clary, Raymond) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 42 | MOTION to Expedite *Declaration of R. Clary* by Society of Jesus Maryland Home Province. (Clary, Raymond) Modified on 3/19/2009 -- **This is not a Motion but a declaration in support of motion; attorney advised to refile using appropriate event & Clerk's office will remove this motion from the Motion report.** (LE, Case Administrator). Modified on 3/19/2009-- **Declaration filed at 53**. (LE, Case Administrator). [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 43 | MOTION to Remand *Notice of Hearing* by Society of Jesus Maryland Home Province. (Clary, Raymond) Modified on 3/19/2009 -- **This is not a Motion but a Notice of Hearing; attorney advised to refile using appropriate event & Clerk's office will remove this motion from the Motion report.** (LE, Case Administrator). Modified on 3/19/2009 -- **Notice of Hearing filed at 54**. (LE, Case Administrator). [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| ☐ | 03/17/2009 | 44 | MOTION to Remand by Society of Jesus Maryland Home Province. (Clary, Raymond) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |

| | 03/17/2009 | 45 | MOTION to Remand *Memorandum re Objection to Removal; Severance; and Remand* by Society of Jesus Maryland Home Province. (Clary, Raymond) Modified on 3/19/2009 -- **This is not a Motion but a Memorandum in support of Motion to Remand; attorney advised to refile using appropriate event & Clerk's office will remove this motion from the Motion report.** (LE, Case Administrator). Modified on 3/19/2009 -- **Memorandum filed at 55** . (LE, Case Administrator). [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
|---|---|---|---|
| | 03/17/2009 | 46 | MOTION to Remand *Declaration of R. Clary re Objection* by Society of Jesus Maryland Home Province. (Attachments: # 1 Exhibit)(Clary, Raymond) Modified on 3/19/2009 -- **This is not a Motion but a Decl. in support of Motion; attorney advised to refile using appropriate event & Clerk's office will remove this motion from the Motion report.** (LE, Case Administrator). Modified on 3/19/2009 -- **Declaration filed at 56** . (LE, Case Administrator). [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/17/2009) |
| | 03/18/2009 | 47 | Praecipe filed by Catholic Society of Religious and Literary Education: Re 36 Declaration in Support of Motion *to Dismiss*. (Kobluk, Gerald) Modified on 3/19/2009 -- **Decl. of Rev. Fitzgerald, SJ, is the praecipe for 35** . (LE, Case Administrator). [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/18/2009) |
| | 03/18/2009 | 48 | Praecipe filed by Society of Jesus Chicago Province: Re 35 Declaration in Support of Motion *to Dismiss*. (Kobluk, Gerald) Modified on 3/19/2009 -- **Decl. of Rev. Millbourn, SJ, is the praecipe for 36** . (LE, Case Administrator). [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/18/2009) |
| | 03/18/2009 | 49 | NOTICE by Society of Jesus Wisconsin Province re 32 MOTION to Dismiss *the Unnamed Remote Jesuit Provinces Notice of Joinder in Rule 12(b) Motion to Dismiss* (Hyslop, William) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/18/2009) |
| | 03/18/2009 | 50 | DECLARATION of William D. Hyslop *In Support of Joinder in Rule 12(b) Motion to Dismiss* re 49 Notice (Other) by Society of Jesus Wisconsin Province. (Hyslop, William) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/18/2009) |
| | 03/19/2009 | 51 | Docket Annotation - Re Filing Error: 40 MOTION to Expedite *Notice of Hearing*, 42 MOTION to Expedite *Declaration of R. Clary*, 43 MOTION to Remand *Notice of Hearing*, 45 MOTION to Remand *Memorandum re Objection to Removal; Severance; and Remand*, 46 MOTION to Remand *Declaration of R. Clary re Objection*. **Ct. Rec. 40 , 42 , 43 , 45 and 46 were all misfiled as Motions. The Clerk's office will remove those from the Motions Report. Attorney is to refile each document using the appropriate event.** (LE, Case Administrator) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/19/2009) |
| | | | |

| | 03/19/2009 | 52 | NOTICE of Hearing on Motion re 41 MOTION to Expedite : Motion Hearing set for 3/20/2009 06:30 PM before Senior Judge Fred Van Sickle. (Clary, Raymond) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/19/2009) |
|---|---|---|---|
| ☐ | 03/19/2009 | 53 | DECLARATION by Ray F. Clary in Support re 42 MOTION to Expedite *Declaration of R. Clary* filed by Society of Jesus Maryland Home Province. (Clary, Raymond) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/19/2009) |
| ☐ | 03/19/2009 | 54 | NOTICE of Hearing on Motion re 44 MOTION to Remand : Motion Hearing set for 4/13/2009 06:30 PM before Senior Judge Fred Van Sickle. (Clary, Raymond) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/19/2009) |
| ☐ | 03/19/2009 | 55 | MEMORANDUM in Support re 44 MOTION to Remand *Memorandum Re: Objection to Removal; Severance; and Remand* filed by Society of Jesus Maryland Home Province. (Clary, Raymond) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/19/2009) |
| ☐ | 03/19/2009 | 56 | DECLARATION by Ray F. Clary in Support re 44 MOTION to Remand *re: Objection to Removal; Severance; and Remand* filed by Society of Jesus Maryland Home Province. (Attachments: # 1 Exhibit A)(Clary, Raymond) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/19/2009) |
| ☐ | 03/20/2009 | 57 | MEMORANDUM in Opposition re 24 MOTION to Sever, 21 MOTION to Expedite */Shorten Time*, 15 MOTION to Expedite *Heaing on Motion to Sever and Remand Claims Against Gonzaga University to Spokane County Superior Court*, 44 MOTION to Remand, 41 MOTION to Expedite, 12 MOTION to Sever MOTION to Remand *Claims Against Gonzaga University to Spokane County Superior Court*, 46 MOTION to Remand *Declaration of R. Clary re Objection Society of Jesus, Oregon Province's Memorandum in Opposition to Co-Defendants' Motion to Shorten Time and For Expedited Hearing* filed by Society of Jesus Oregon Province. (Attachments: # 1 Exhibit Exhibit AA to Society of Jesus, Oregon Province's Memorandum in Opposition to Co-Defendants' Motion to Shorten Time and for Expedited Hearing) (Saade, Renea) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/20/2009) |
| ☐ | 03/20/2009 | 58 | REPLY MEMORANDUM re 24 MOTION to Sever, 21 MOTION to Expedite */Shorten Time* filed by Society of Jesus Chicago Province, Catholic Society of Religious and Literary Education, The California Province of the Society of Jesus, The New York Province of the Society of Jesus, The Jesuits of the Missouri Province, The Society of Jesus of New England, Detroit Province of the Society of Jesus. (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/20/2009) |
| ☐ | 03/20/2009 | 59 | REPLY MEMORANDUM re 21 MOTION to Expedite */Shorten Time* filed by Society of Jesus Wisconsin Province. (Hyslop, William) |

| | | | |
|---|---|---|---|
| ☐ | | | [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/20/2009) |
| ☐ | 03/23/2009 | 60 | REPLY MEMORANDUM re 41 MOTION to Expedite *re Objection to Removal; Severance; and Remand* filed by Society of Jesus Maryland Home Province. (Clary, Raymond) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/23/2009) |
| ☐ | 03/23/2009 | 61 | ORDER; granting 41 Motion to Expedite; granting 15 Motion to Expedite; granting 21 Motion to Expedite; Motions to Sever and Remand (Ct. Rec. 12 & 44) and Motion to Sever (Ct.Rec. 24) shall be heard, without oral argument, on 4/10/09. Signed by Senior Judge Fred Van Sickle. (LE, Case Administrator) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/23/2009) |
| ☐ | 03/23/2009 | | Set/Reset Motion Hearing as to 24 MOTION to Sever, 12 MOTION to Sever MOTION to Remand *Claims Against Gonzaga University to Spokane County Superior Court*, 44 MOTION to Remand. Motions Hearing set for 4/10/2009 06:30 PM in Without Oral Argument before Senior Judge Fred Van Sickle. (See 61 Order filed 3/23/09) (LE, Case Administrator) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/23/2009) |
| ☐ | 03/31/2009 | 62 | MOTION for Leave to File *Over Length Brief* by Society of Jesus Oregon Province. (Saade, Renea) Modified on 4/1/2009 -- **Proposed Order filed as praecipe at 63**. (LE, Case Administrator). [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/31/2009) |
| ☐ | 03/31/2009 | 63 | Praecipe filed by Society of Jesus Oregon Province: Re 62 MOTION for Leave to File *Over Length Brief Proposed Order Granting Defendant Society of Jesus, Oregon Province's Motion for Leave to File Over Length Brief*. (Saade, Renea) Modified on 4/1/2009 -- **This is a Proposed Order for 62**. (LE, Case Administrator). [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/31/2009) |
| ☐ | 03/31/2009 | 64 | TEXT ORDER (no pdf) granting 62 Motion for Leave to File. Signed by Senior Judge Fred Van Sickle. (KJH, Judicial Assistant) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/31/2009) |
| ☐ | 03/31/2009 | 65 | MEMORANDUM in Opposition re 24 MOTION to Sever, 44 MOTION to Remand, 12 MOTION to Sever MOTION to Remand *Claims Against Gonzaga University to Spokane County Superior Court* filed by Society of Jesus Oregon Province. (Saade, Renea) Modified on 4/1/2009 -- Certificate of Service numbered incorrectly. (LE, Case Administrator). [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/31/2009) |
| ☐ | 03/31/2009 | 66 | DECLARATION by RENEA I. SAADE in Opposition re 24 MOTION to Sever, 44 MOTION to Remand, 12 MOTION to Sever MOTION to Remand *Claims Against Gonzaga University to Spokane County Superior Court* filed by Society of Jesus Oregon Province. (Saade, Renea) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 03/31/2009) |

Case 09-03292-elp    Doc 2    Filed 09/03/09

| | 04/03/2009 | 67 | REPLY MEMORANDUM re 12 MOTION to Sever MOTION to Remand *Claims Against Gonzaga University to Spokane County Superior Court* filed by Gonzaga University. (Kerley, Christopher) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 04/03/2009) |
|---|---|---|---|
| | 04/06/2009 | 68 | REPLY MEMORANDUM re 24 MOTION to Sever filed by Society of Jesus Chicago Province, Catholic Society of Religious and Literary Education, The California Province of the Society of Jesus, The New York Province of the Society of Jesus, The Jesuits of the Missouri Province, The Society of Jesus of New England, Detroit Province of the Society of Jesus. (Kobluk, Gerald) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 04/06/2009) |
| | 04/07/2009 | 69 | REPLY MEMORANDUM re 44 MOTION to Remand *Reply Memorandum re: Objection to Removal; Severance; and Remand* filed by Society of Jesus Maryland Home Province. (Clary, Raymond) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 04/07/2009) |
| | 04/07/2009 | 70 | REPLY MEMORANDUM re 24 MOTION to Sever *and Joinder in Gonzaga University and Society of Jesus, Maryland Province's Reply Briefs Re: Motion to Sever and Remand* filed by Society of Jesus Wisconsin Province. (Hyslop, William) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 04/07/2009) |
| | 04/13/2009 | 71 | ORDER; reserving ruling on 24 Motion to Sever; reserving ruling on 32 Motion to Dismiss; reserving ruling on 44 Motion to Remand; reserving ruling on 12 Motion to Sever; reserving ruling on 12 Motion to Remand; the 5/12/09 hearing date on 32 Motion to dismiss is vacated. Parties to keep Court apprised of proceedings in District of Oregon, and, based upon what transpires there, may re-notice their motions, if necessary, or shall withdraw these motions. Signed by Senior Judge Fred Van Sickle. (LE, Case Administrator) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 04/13/2009) |
| | 08/14/2009 | 72 | ORDER GRANTING DEBTOR'S MOTION TO TRANSFER RELATED CASES (Certified Copy from District of Oregon Bankruptcy Court) signed by USDC Judge Ancer L. Haggerty and Bankruptcy Court Judge Elizabeth L. Perris. Case transferred to to District of Oregon - Bankruptcy Court. File electronically transferred. (Attachments: # 1 Transfer Letter)(LE, Case Administrator) [Transferred from Washington Eastern on 8/18/2009.] (Entered: 08/14/2009) |
| | 08/18/2009 | 73 | Case transferred in from District of Washington Eastern; Case Number 2:09-cv-00062. Electronic file with documents numbered 1 - 72 received. (Entered: 08/18/2009) |
| | 08/18/2009 | 74 | Discovery and Pretrial Scheduling Order and Notice of Case Assignment to Magistrate Judge Dennis J. Hubel. Discovery is to be completed by 12/21/2009. Joint Alternate Dispute Resolution Report is |

| | | | |
|---|---|---|---|
| | | | due by 1/19/2010. Pretrial Order is due by 1/19/2010. Ordered by Magistrate Judge Dennis J. Hubel. (ntm) (Entered: 08/18/2009) |
| ☐ | 08/25/2009 | 75 | Notice of Appearance of Thomas W. Brown appearing on behalf of Society of Jesus Chicago Province, Catholic Society of Religious and Literary Education, The California Province of the Society of Jesus, The New York Province of the Society of Jesus, The Jesuits of the Missouri Province, The Society of Jesus of New England, Detroit Province of the Society of Jesus.Filed by on behalf of Society of Jesus Chicago Province, Catholic Society of Religious and Literary Education, The California Province of the Society of Jesus, The New York Province of the Society of Jesus, The Jesuits of the Missouri Province, The Society of Jesus of New England, Detroit Province of the Society of Jesus. (Brown, Thomas) (Entered: 08/25/2009) |
| ☐ | 09/01/2009 | 77 | Notice of Appearance of Raymond F. Clary appearing on behalf of Society of Jesus Maryland Home Province.Filed by on behalf of Society of Jesus Maryland Home Province. (ljl) (Entered: 09/02/2009) |
| ☐ | 09/01/2009 | 78 | Corporate Disclosure Statement. Filed by Society of Jesus Maryland Home Province. (ljl) (Entered: 09/02/2009) |
| ☐ | 09/02/2009 | 76 | Order Granting Application for Special Admission Pro Hac Vice of Raymond F. Clary for Society of Jesus Maryland Home Province. Application Fee in amount of $100 collected. Receipt No. 28790 issued. Signed on 9/2/09 by Magistrate Judge Dennis J. Hubel. (ljl) (Entered: 09/02/2009) |
| ☐ | 09/02/2009 | 79 | Order Granting Application for Special Admission Pro Hac Vice of Gerald Kobluk for Society of Jesus Chicago Province, Catholic Society of Religious and Literary Education, The California Province of the Society of Jesus, The New York Province of the Society of Jesus, The Jesuits of the Missouri Province, The Society of Jesus of New England and Detroit Province of the Society of Jesus. Application Fee in amount of $100 collected. Receipt No. 28738 issued. Signed on 9/2/09 by Magistrate Judge Dennis J. Hubel. (ljl) (Entered: 09/02/2009) |
| ☐ | 09/03/2009 | 80 | RECORD OF ORDER by Judge Dennis J. Hubel: Pursuant to the Order of August 14, 2009, 72 , this case is hereby referred to the United States Bankruptcy Court for the District of Oregon for all further matters and proceedings. The Clerk of the District Court is directed to immediately transfer all pleadings filed in this case to the Bankruptcy Court, and to administratively report the case closed, for statistical purposes, in this Court as of the date of this order. The August 18, 2009 Discovery and Pretrial Scheduling Order (included as part of document 74 in this case) is VACATED. (kb) (Entered: 09/03/2009) |

Expiration Date: 11/15/2009     Name Abridged Docket Sheet as

Save    View Abridged Docket Sheet